**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LODSYS, LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:11-cv-90-JRG |
| BROTHER INTERNATIONAL CORPORATION, et al., | § § § § | **LEAD CASE** |
| Defendants. | § § | |

| | | |
|---|---|---|
| LODSYS GROUP, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:13-cv-25 JRG |
| LEXMARK INTERNATIONAL, INC. | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Plaintiffs, Lodsys, LLC and Lodsys Group, LLC's, and Defendant Lexmark International Inc.'s Joint Motion to Dismiss With Prejudice all claims and counterclaims by, between and/or among Plaintiffs, Lodsys, LLC and Lodsys Group, LLC, and Defendant Lexmark International, Inc., it is ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims asserted in this suit by, between and/or among Plaintiffs, Lodsys, LLC and/or Lodsys Group, LLC, and Defendant Lexmark International, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 12th day of August, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE